IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA M. MEISER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No:   4:15-cv-00423-JCH |
| vs. | ) |
| | ) |
| WAL-MART STORES EAST, L.P. | ) |
| d/b/a WAL-MART SUPERCENTER, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

COME NOW the parties and advise the Court that this cause has been settled.

MILLER AND STEENO, P.C.

*/s/ Michael P. Steeno*
BY:_____
Michael P. Steeno #28758
Attorneys for Plaintiff
11970 Borman Dr., Ste. 250
St. Louis, MO 63146
314/726-1400 Telephone
314/726-1406 Facsimile
msteeno@millersteeno.com

BOGGS, AVELLINO, LACH & BOGGS, LLC

BY:_ */s/  Brent Salsbury*_____
Brent Salsbury  #58194
Attorneys for Defendant
9326 Olive Blvd., Ste 200
Olivette, MO 63132
(314) 726-2310 Telephone
(314) 726-2360 Facsimile

1